Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4619
Fax: (702) 475-4199
JGWent@hollandhart.com
SRGambee@hollandhart.com

*Attorneys for Chemical Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHEMICAL BANK, a Michigan state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>BRANCH HERNANDEZ AND ASSOCIATES, INC. a close corporation; BRANCH-HERNANDEZ CONSULTING & INSURANCE SERVICE L.L.C. a Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-CV-00251-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**<br><br>**(First Request)** |

## **STIPULATION**

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Chemical Bank ("Chemical") and Defendants Branch Hernandez and Associates, Inc. ("Branch Hernandez"), and Branch-Hernandez Consulting and Insurance Service L.L.C. ("BHC") (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to the following:

1. This is the first stipulation for extension of time to amend pleadings and add parties.

2. The deadline to amend pleadings and add parties is currently September 4, 2018. *See* ECF No. 8.

1

11245357_1

3. The parties stipulate and agree to extend the deadline to amend pleadings and add parties to **September 25, 2018.**

4. Pursuant to LR 26-4, good cause exists to extend the deadline to amend pleadings and add parties as the parties are currently in the process of negotiating the terms of an amicable resolution to this matter, and the parties desire to continue directing their efforts toward resolution.

DATED this 4th day of September, 2018.

_____
Joseph G. Went, Esq.
Sydney R. Gambee, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Chemical Bank*

_____
Zachariah Larson, Esq.
Matthew C. Zirzow, Esq.
Shara L. Larson, Esq.
LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101

*Attorneys for Branch Hernandez and Associates, Inc., Branch-Hernandez Consulting & Insurance Services L.L.C, and Aubrey L. Branch*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
    Magistrate
Dated: _____
September 6, 2018

2

11245357_1