Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4619
Fax: (702) 475-4199
JGWent@hollandhart.com
SRGambee@hollandhart.com

*Attorneys for Chemical Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHEMICAL BANK, a Michigan state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>BRANCH HERNANDEZ AND ASSOCIATES, INC. a close corporation; BRANCH-HERNANDEZ CONSULTING & INSURANCE SERVICE L.L.C. a Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-CV-00251-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

**STIPULATION**

Plaintiff CHEMICAL BANK and Defendants BRANCH HERNANDEZ AND ASSOCIATES, INC., a close corporation, and BRANCH-HERNANDEZ CONSULTING & INSURANCE SERVICE L.L.C., a Nevada limited liability, hereby stipulate and agree that this action shall be dismissed without prejudice. Each party shall bear its own attorney's fees and costs of suit.

DATED December 11, 2018.

DATED December 11, 2018.

HOLLAND & HART LLP

LARSON ZIRZOW & KAPLAN, LLC

*/s/ Joseph G. Went, Esq.*

*/s/ Shara L. Larson, Esq.*

Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Email: jgwent@hollandhart.com

*Attorneys for Plaintiff*
*Chemical Bank*

Zachariah Larson, Esq.
Matthew C. Zirzow, Esq.
Shara L. Larson, Esq.
LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101

*Attorneys for Branch Hernandez and*
*Associates, Inc., Branch-Hernandez*
*Consulting & Insurance Services L.L.C, and*
*Aubrey L. Branch*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE

DATED: December 14, 2018