Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4619
Fax: (702) 475-4199
JGWent@hollandhart.com
SRGambee@hollandhart.com

Attorneys for Chemical Bank

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHEMICAL BANK, a Michigan state-chartered bank,<br><br>    Plaintiff,<br><br>v.<br><br>BRANCH HERNANDEZ AND ASSOCIATES, INC. a close corporation; BRANCH-HERNANDEZ CONSULTING & INSURANCE SERVICE L.L.C. a Nevada limited liability company; AUBREY L. BRANCH, an individual; DOES I – X; and ROE CORPORATIONS XI-XX,<br><br>    Defendants. | Case No. 2:18-CV-00251-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANT AUBREY L. BRANCH** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION

Plaintiff CHEMICAL BANK and Defendant AUBREY L. BRANCH hereby stipulate and agree that this action shall be dismissed without prejudice as to Defendant Aubrey L. Branch. Each party shall bear its own attorney's fees and costs of suit.

DATED January 30, 2019.

HOLLAND & HART LLP

 */s/ Joseph G. Went, Esq.*
_____
Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Email: jgwent@hollandhart.com

*Attorneys for Plaintiff
Chemical Bank*

DATED January 30, 2019.

LARSON ZIRZOW & KAPLAN, LLC

 */s/ Zachariah Larson, Esq.*
_____
Zachariah Larson, Esq.
Matthew C. Zirzow, Esq.
Shara L. Larson, Esq.
LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101

*Attorneys for Branch Hernandez and Associates, Inc., Branch-Hernandez Consulting & Insurance Services L.L.C, and Aubrey L. Branch*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 5, 2019